# Court of Appeals
# of the State of Georgia

ATLANTA,  January 06, 2016

*The Court of Appeals hereby passes the following order:*

**A16A0658.  MALLIE J. SECKINGER, et al. v. BISUN PROPERTIES, LLC.**

Bisun Properties, LLC filed a dispossessory action against Mallie J. Seckinger and Sally A. Seckinger in magistrate court. Following an adverse ruling, Mallie Seckinger appealed to superior court, which granted Bisun Properties' motion for judgment on the pleadings.  Seckinger filed this direct appeal from the superior court's order.   We lack jurisdiction.

Because the order at issue disposes of a de novo appeal from a magistrate court decision, Seckinger was required to follow the discretionary appeal procedures to obtain review before this Court.  See OCGA § 5-6-35 (a) (11); *Strachan v. Meritor Mtg. Corp. East*, 216 Ga. App. 82 (453 SE2d 119) (1995).  His failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  01/06/2016
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*